No. 40540.—Protest 971335-G of Gemsco, Inc. (New York).

Opinion by TILSON, J. There was no appearance on the part of the plaintiff when this case was called for hearing. Following the authorities cited in *Abstract* 15400 the court dismissed the protest.